No. 754.  TARBORO v. READING Co.  C. A. 3d Cir. Certiorari denied.  *Abraham E. Freedman* and *Avram G. Adler* for petitioner.  *Levy Anderson* for respondent.

No. 636.  YEAGER, PRINCIPAL KEEPER v. JOHNSON ET AL.  C. A. 3d Cir.  Motion of respondents for leave to proceed *in forma pauperis* granted.  Certiorari denied. *A. Morton Shapiro* for petitioner.  *Curtis R. Reitz, Stanford Shmukler,* and *M. Gene Haeberle* for respondents.

No. 657.  SAN JACINTO SAND Co., INC. v. SOUTHWESTERN BELL TELEPHONE Co.  Ct. Civ. App. Tex., 14th Sup. Jud. Dist.  Motion to enlarge record granted. Certiorari denied.  *Alvin Diamond* for petitioner. *David T. Searls* for respondent.

No. 667.  GARNER ET UX. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 6th Cir.  Motion to dispense with printing petition granted.  Certiorari denied.  *Solicitor General Griswold* for respondent.

No. 711.  BARTONE v. UNITED STATES.  C. A. 6th Cir. Motion to dispense with printing petition granted.  Certiorari denied.  *Arlene B. Steuer* for petitioner.  *Solicitor General Griswold, Assistant Attorney General Rogovin,* and *Joseph M. Howard* for the United States.

No. 676.  GENOVESE v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Wilfred L. Davis* for petitioner.  *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.